October 11, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SYLVIA YOLANDA ARREDONDO, Appellant

NO. 14-11-00742-CV                    V.

ANTONIO A. BETANCOURT, JR., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Antonio A. Betancourt, Jr., signed, May 31, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to dissolve the injunction permanently enjoining Sylvia Yolanda Arredondo from traveling outside the continental United States without the prior, written consent of Antonio Betancourt, Jr.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.